**No. 16-35593**

**UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

*LNV CORPORATION, a Nevada corporation,*

*Plaintiff-Appellee,*

*v.*

*ROBYNNE A. FAULEY,*

*Defendant-Appellant, and*

U.S. BANK NATIONAL ASSOCIATION,

*Defendant.*

Appeal from the U.S. Dist. Court for the Dist. of Oregon, No. 3:15-cv-01422-HZ

**PLAINTIFF-APPELLEE'S RESPONSE TO DEFENDANT-APPELLANT'S APPLICATION FOR AN ORDER**

Erick J. Haynie
Jeffrey M. Peterson
PERKINS COIE LLP
1120 NW Couch St., 10th Floor
Portland, OR 97209
503.727.2000
EHaynie@perkinscoie.com
JeffreyPeterson@perkinscoie.com

I. ARGUMENT

On December 26, 2016, Defendant-Appellant Robynne A. Fauley ("Fauley") filed an Application for an Order in Response to Appellee's Responses to Certain of Appellant's Motions and Requests (Dkt. # 29) (the "Application"). The Application purports to request an order granting Fauley's previously-filed Motion for Summary Disposition (Dkt. # 10) or, in the alternative, for an order granting her previously-filed Motion for Summary Reversal (Dkt. # 16). To the extent the Application is a new motion or request, Plaintiff-Appellee LNV Corporation ("LNV") opposes the Application. LNV reaffirms and incorporates by reference its arguments in response to the previously-filed motions and does not offer any additional argument, as none is necessary. (*See* Dkt. # 15 and Dkt. # 28).

DATED: January 9, 2017         **PERKINS COIE LLP**

By: s/ *Jeffrey M. Peterson*
**Erick J. Haynie**, OSB No. 982482
EHaynie@perkinscoie.com
**Jeffrey M. Peterson**, OSB No. 115723
JeffreyPeterson@perkinscoie.com
1120 NW Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

*Attorneys for Plaintiff-Appellee LNV Corporation*

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

1.  This document complies with the word limit in Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 27(d)(2) and 32(f), this document contains 119 words.

2.  This document complies with the typeface requirements in Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in 14-point Times New Roman style.

DATED: January 9, 2017          **PERKINS COIE LLP**

By: s/ *Jeffrey M. Peterson*
**Erick J. Haynie**, OSB No. 982482
EHaynie@perkinscoie.com
**Jeffrey M. Peterson**, OSB No. 115723
JeffreyPeterson@perkinscoie.com
1120 NW Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

*Attorneys for Plaintiff-Appellee LNV Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing PLAINTIFF-APPELLEE'S RESPONSE TO DEFENDANT-APPELLANT'S APPLICATION FOR AN ORDER with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system on the date below.

I certify that all parties of record to this appeal either are registered CM/ECF users of have registered for electronic notice, and that service will be accomplished through the CM/ECF system.

DATED: January 9, 2017  **PERKINS COIE LLP**

By: s/ *Jeffrey M. Peterson*
**Erick J. Haynie**, OSB No. 982482
EHaynie@perkinscoie.com
**Jeffrey M. Peterson**, OSB No. 115723
JeffreyPeterson@perkinscoie.com
1120 NW Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

*Attorneys for Plaintiff-Appellee LNV Corporation*