UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 26 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LNV CORPORATION, a Nevada corporation, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> ROBYNNE ARIEL FAULEY, <br><br> Defendant-Appellant, <br><br> and <br><br> U.S. BANK, <br><br> Defendant. | No. 16-35593 <br><br> D.C. No. 3:15-cv-01422-HZ <br> District of Oregon, <br> Portland <br><br> ORDER |

Before: SILVERMAN, TALLMAN, and N.R. SMITH, Circuit Judges.

Fauley's motion for an extension of time to file a petition for rehearing (Docket Entry No. 60) is granted. Any petition for rehearing is due within 14 days of the date of this order.